ANNE-MARIE WAGGONER, Bar No. 173407
SWETA PATEL, Bar No. 247115
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468

Attorneys for Defendant
AVIS BUDGET GROUP, INC.

KATHLEEN A. MCCORMAC, Bar No. 159012
MCCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111-2630
(415) 399-1722

Attorneys for Plaintiff
KANWAL PATHAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KANWAL PATHAK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AVIS BUDGET GROUP, INC. and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. C10-02591<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE; AND [PROPOSED] ORDER THEREON**<br><br>Trial Date: December 5, 2011 |

## STIPULATION

Plaintiff Kanwal Pathak ("Plaintiff"), on the one hand, and Defendant Avis Budget Group, Inc. ("Defendant"), on the other hand, jointly stipulate to dismiss Plaintiff's Complaint for Disability Discrimination; California Fair Employment and Housing Act (Cal. Gov't Code §§ 12940 et seq.) ("Complaint") with prejudice as follows:

WHEREAS, on April 30, 2010, Plaintiff filed his Complaint in Alameda County Superior Court;

1.

JOINT STIPULATION TO DISMISS WITH PREJUDICE; AND [PROPOSED] ORDER THEREON

Case 3:10-cv-02591-MMC   Document 19   Filed 11/29/10   Page 2 of 3

1  WHEREAS, on June 11, 2010, Defendant answered the Complaint;

2  WHEREAS, on June 11, 2010, Defendant timely removed Plaintiff's Complaint to this Court; and

3  WHEREAS, on October 26, 2010, by stipulation, the parties participated in a private mediation before mediator Harris Weinberg, Esq., during which the parties agreed to settle the above-captioned lawsuit.

NOW, THEREFORE, the parties hereby stipulate and agree to the dismissal of the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear his or its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: November 15, 2010

_____
ANNE-MARIE WAGGONER
SWETA PATEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AVIS BUDGET GROUP, INC.

Dated: November 11, 2010

_____
KATHLEEN A. MCCORMAC
MCCORMAC & ASSOCIATES
Attorneys for Plaintiff
KANWAL PATHAK

///
///
///
///
///
///
///

JOINT STIPULATION TO DISMISS WITH PREJUDICE; AND [PROPOSED] ORDER THEREON

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The above-captioned action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: November 29, 2010

_____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Firmwide:98589256.1 035682.1069